**William L. HOLLMAN, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7055.

United States Court of Appeals, Federal Circuit.

Sept. 5, 2006.

*ORDER*

On March 16, 2006 the court issued an order directing William L. Hollman ("Hollman") to inform the court within 14 days of the disposition in *Mayfield v. Nicholson,* 444 F.3d 1328 (Fed.Cir.2006), how he believed his appeal should proceed. On August 7, 2006, we sent a letter to Hollman's counsel allowing him until August 21, 2006 to respond or this case would be dismissed. Hollman has failed to respond.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This case is dismissed.

(2) Each side shall bear its own costs.

**ROCKWELL MEDICAL TECHNOLOGIES, Appellant,**

v.

**ADVANCED RENAL TECHNOLOGIES, INC., Appellee.**

No. 2006–1533.

United States Court of Appeals, Federal Circuit.

Sept. 19, 2006.

*ORDER*

On August 24, 2006 the court issued an order allowing the parties 14 days to object to the remand of this case to the Trademark Trial and Appeal Board. No objection has been submitted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is remanded to the Trademark Trial and Appeal Board.

(2) Each side shall bear its own costs.